AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **3:24-cv-04554-JDA**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Elite Angels Homecare, LLC, d/b/a Elite Angels Home Care, care of Kimberly Johnson, registered** was recieved by me on  **8/28/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Kimberly Johnson or authorized agent**, who is designated by law to accept service of process on behalf of **Elite Angels Homecare, LLC, d/b/a Elite Angels Home Care, care of Kimberly Johnson, registered agent at 1345 Garner Lane Suite 301-B, Columbia, SC 29210** on **08/28/2024 at 1:06 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Cecil D Lanier**
Printed name and title

**252 Trinity Three Road
Irmo, SC 29063**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Kimberly Johnson or authorized agent, REGISTERED/AUTHORIZED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: 0141581137