IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ELITE HOME CARE, LLC<br><br>v.<br><br>ELITE ANGELS HOMECARE LLC | Case No. 3:24-cv-04554-JDA |

**[PROPOSED] ORDER**

In consideration of the Consent Motion to Extend Time it is hereby:

ORDERED that the motion is granted. Defendant may file its responsive pleading up to and including December 9, 2024.

_____
Judge